■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CESAL VASQUEZ, Appellant. [715 NYS2d 882] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Barbaro, J.), rendered October 7, 1997, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the cumulative effect of prosecutorial misconduct and judicial error constituted reversible error is unpreserved for appellate review (see, CPL 470.05 [2]; *People v Ali,* 207 AD2d 899). In any event, the comments made by the prosecutor during summation were largely proper responses to the defense counsel's summation, which challenged the credibility of the People's witnesses (see, *People v Dhan,* 271 AD2d 452). Any prejudice which may have resulted from improper comments was ameliorated by the trial court's curative instructions (see, *People v Ferguson,* 82 NY2d 837, 838).

The defendant's remaining contentions do not require reversal. Santucci, J. P., Sullivan, Friedmann and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCUS WADSWORTH, Appellant. [715 NYS2d 889] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 28, 1998 (*People v Wadsworth,* 253 AD2d 899), affirming a judgment of the County Court, Dutchess County, rendered May 14, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, *Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Ritter and Florio, JJ., concur.